UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X
                                        :

PAUL NAKAMURA, *individually and on behalf of all others similarly situated*,     :

                         Plaintiff,               :                  26-CV-3914 (JMF)

         -v-                            :

PFIZER INC.,                                :

                         Defendant.           :

------------------------------------------------------------------------------ :

TERRY MYERS, *individually and on behalf of all others similarly situated*,     :

                         Plaintiffs,             :                  26-CV-5683 (JMF)

         -v-                            :

                                           :                    <u>ORDER</u>

PFIZER INC.,                                :

                         Defendant.           :

------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On May 12, 2026, Plaintiff Nakamura filed a Complaint in 26-CV-3914. *See* 26-CV-3914, Docket No. 1. On May 21, 2026, Plaintiff Myers filed a similar Complaint in 26-CV-5683. *See* 26-CV-5683, Docket No. 1. As of this Order, no motion for consolidation has been filed, but 26-CV-5683 has been accepted by the Court as related to 26-CV-3914, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **July 22, 2026**. If no party files a letter

opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

      SO ORDERED.

Dated: July 15, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge