UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------- X

PAUL NAKAMURA, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

PFIZER INC.,

Defendant.

26-CV-3914 (JMF)

---------------------------------------------------------------------------

TERRY MYERS, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v-

PFIZER INC.,

Defendant.

26-CV-5683 (JMF)

<u>ORDER</u>

--------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On July 15, 2026, the Court directed counsel in the above captioned cases to submit a letter brief indicating whether the two cases should be consolidated no later than July 22, 2026. *See* 26-CV-3914, Docket No. 16; 26-CV-5683, Docket No. 20. As of today, no counsel has objected to consolidation. Accordingly, the cases are hereby CONSOLIDATED for pre-trial purposes. (The Court will address whether consolidation for trial is warranted at a later date.)

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 26-CV-3914, and to close 26-CV-5683. All future filings shall be on the 26-CV-3914 [the lead case] docket. All deadlines currently in force in 26-CV-3914, *see* Docket No. 15, shall

likewise apply to 26-CV-5683.

SO ORDERED.

Dated: July 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge