UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL NAKAMURA, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v-

PFIZER INC.,

Defendant.

26-CV-3914 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 8, 2026, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Although Plaintiffs have already amended the complaint once as a matter of course, ECF No. 20, because leave to amend should be "freely" granted "when justice so requires," the Court grants Plaintiff leave to amend to address the issues raised in the motion to dismiss. Fed. R. Civ. P. 15(a)(2).

Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on July 8, 2026, ECF No. 15, Plaintiff shall file any amended complaint by **October 29, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any

opposition shall be filed within forty-five days, and any reply shall be filed within thirty days of any opposition.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **November 22, 2026**, and Defendant shall file any reply by **December 22, 2026**. *See* ECF No. 15.

SO ORDERED.

Dated: October 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge