UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL NAKAMURA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>-v-<br><br>PFIZER INC.,<br><br>Defendant. | 26-CV-3914 (JMF)<br><br><u>ORDER</u> |

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, filed on November 19, 2026, *see* ECF No. 31, Defendant's earlier motion to dismiss filed at ECF No. 25 is hereby DENIED as moot. The briefing schedule adopted on July 8, 2026, before Defendant's earlier motion to dismiss, provided that "if Pfizer files a motion to dismiss . . . the plaintiffs shall file their opposition 45 days after Pfizer files its motion," and "Pfizer shall file its reply brief 30 days following the plaintiffs' opposition." ECF No. 15. In the spirit of that briefing schedule, Plaintiffs' opposition to the new motion to dismiss is due by **January 4, 2027**, and Defendant's reply, if any, is due by **February 3, 2027**. (Plaintiffs may move for a brief extension if the January 4, 2027 deadline is inconvenient due to the holidays.)

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

Dated: November 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge